IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEMETRIUS COLEMAN, <br> PAMELA BROOKS, <br> DELANO PORCHIA <br> CAMILLE BRITTON, and <br> ADRAM PUCKETT <br><br> on behalf of themselves and all similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> PARRALON ENTERPRISES, LLC <br> Formerly known as HSS SYSTEMS, LLC,) <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:13-cv-00021 <br><br> Chief Judge William J. Haynes, Jr. <br><br> Jury Demand |

**PLAINTIFFS' MOTION FOR RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE**

*[Handwritten order: ORDER. The motion is GRANTED. The conference is reset for month 15, 2013 at 2:00 pm. [signature] 3-6-13]*

Counsel Brian C. Winfrey, for the Plaintiffs', hereby makes an emergency request for the Court to reschedule its presently scheduled Friday, March 8, 2013 Initial Case Management Conference. This is Plaintiffs' first request for re-setting of the Initial Case Management Conference, which is needed in order allow Plaintiffs' Counsel to attend the funeral services of a close family member.

Counsel for Defendant has been contacted regarding the substance of this request, and has no objections. Plaintiff's Counsel can make himself available anytime during the week of