IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEMETRIUS COLEMAN, | ) | |
| PAMELA BROOKS, | ) | |
| DELANO PORCHIA, and | ) | |
| CAMILLE BRITTON | ) | Civil Action No. 3-13-CV-0021 |
| | ) | Magistrate Judge Frensley |
| V. | ) | |
| | ) | |
| PARALLON ENTERPRISES INC. | ) | |
| Formerly known as HSS SYSTEMS, LLC. | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum the Defendant's motions for summary judgement (Docket Nos. 48, 51, 54 and 57) are hereby GRANTED.

**IT IS SO ORDERED**

Entered this 29th day of September, 2017.

_____
**Jeffery S. Frensley**
U. S. Magistrate Judge