# Nashville's Media Services, Inc.

P.O. BOX 100982
Nashville, TN 37224-0982

# Video Invoice

*Page 1 of 1*

**BILL TO**

Robert E. Boston, Esq.
Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219

Tel: 244-6380   Fax:

**SHIP TO**

Waller Lansden Dortch & Davis
Attn: Robert E. Boston, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

Tel:   Fax:

| Invoice ID | Invoice Date | Order Taken By | Your PO | Ordered By | Contact Phone # |
|---|---|---|---|---|---|
| 66969 | 11/12/14 | Allan McCall | | | |

| Manufacturer | Part Number | Product Name | Qty | Ship | BO | Price | Extended |
|---|---|---|---|---|---|---|---|
| Video | Video Deposition | Video Deposition Information | 0 | 0 | 0 | 0.00 | 0.00 |
| | | Case Name: Coleman, et al vs. Parallon | | | | | |
| | | Deponent's Name: Demetrius Coleman | | | | | |
| | | Deposition Date: October 29, 2014 | | | | | |
| | | Deposition Times: 10:00am - 12:10pm; 1:00pm - 5:34pm | | | | | |
| NMS | VD1 | First hour of video deposition | 1 | 1 | 0 | $175.00 | $175.00 |
| NMS | VD1+ | Additional hours of video deposition | 5.75 | 5.75 | 0 | $75.00 | $431.25 |
| NMS | VDMPEG | MPEG Hours | 5.5 | 5.5 | 0 | $50.00 | $275.00 |
| | | MPEG files on (2) Data DVDs | | | | | |
| NMS | VD1AFF | Affidavit of camera operator (first included) | 1 | 1 | 0 | 0.00 | 0.00 |
| NMS | TRVMETRO | Travel expense (no charge - Metro Nashville) | 1 | 1 | 0 | 0.00 | 0.00 |

**Special Instructions**

Video archived at NMS

| | Total Before Tax | Tax Taxable | | Invoice Total | Balance Due |
|---|---|---|---|---|---|
| | $881.25 | $81.52 | | $962.77 | $962.77 |

Tax ID# 62-1461509
Sales Document ID: 11500

*Balance Due: 12/12/2014*

615-255-7959 • 888-523-5234 • fax 615-244-1234
314 Hermitage Avenue • Nashville, Tennessee 37210

## Nashville's Media Services, Inc.
P.O. BOX 100982
Nashville, TN 37224-0982

# Video Invoice

Page 1 of 1

**BILL TO**

Robert Boston, Esq.
Waller Lansden Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219

Tel: 244-6380   Fax:

**SHIP TO**

Waller Lansden Dortch & Davis
Attn: Robert Boston, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

Tel:   Fax:

| Invoice ID | Invoice Date | Order Taken By | Your PO | Ordered By | Contact Phone # |
|---|---|---|---|---|---|
| 67040 | 11/24/14 | | | | |

| Manufacturer | Part Number | Product Name | Qty | Ship | BO | Price | Extended |
|---|---|---|---|---|---|---|---|
| Video | Video Deposition | Video Deposition Information | 0 | 0 | 0 | 0.00 | 0.00 |
| | Case Name: Coleman vs. Parallon | | | | | | |
| | Deponent's Name: Pamela Brooks | | | | | | |
| | Deposition Date: November 18, 2014 | | | | | | |
| | Deposition Times: 9:00am - 12:00pm; 1:00pm - 2:48pm | | | | | | |
| NMS | VD1 | First hour of video deposition | 1 | 1 | 0 | $175.00 | $175.00 |
| NMS | VD1+ | Additional hours of video deposition | 4 | 4 | 0 | $75.00 | $300.00 |
| NMS | VDMPEG | MPEG Hours | 3.5 | 3.5 | 0 | $50.00 | $175.00 |
| | MPEG files on (1) Data DVD | | | | | | |
| NMS | VD1AFF | Affidavit of camera operator (first included) | 1 | 1 | 0 | 0.00 | 0.00 |
| NMS | TRVMETRO | Travel expense (no charge - Metro Nashville) | 1 | 1 | 0 | 0.00 | 0.00 |

**Special Instructions**

Video archived at NMS

| | Total Before Tax | Tax Taxable | Invoice Total | Balance Due |
|---|---|---|---|---|
| | $650.00 | $60.13 | $710.13 | $710.13 |

Tax ID# 62-1461509
Sales Document ID: 11575

Balance Due: 12/24/2014

**<u>Nolan & Powers</u>**
**Digital Media**
6688 Nolensville Road
Suite 108-152
Brentwood, Tennessee 37027
(615) 342-9616
nolanpowersdigital@gmail.com

Aron Karabel, Esq.
Waller, Lansden, Dortch & Davis, LLP
511 Union St., Ste. 2700
Nashville, TN 37219

Date of Service: 03JUN16
Nolan & Powers #2830

Video Deposition of: Camille N. Britton
Case: Britton v. Parrallon Enterprises, LLC, Formerly known as HSS Systems, LLC
Case No.:3:13-cv-00021

| | |
|---|---|
| First Hour | $150.00 |
| Additional hours (7 hrs @ $75 ea.) | $525.00 |
| | |
| Invoice total: | $675.00 |

Due upon receipt.

*Nolan & Powers appreciates your patronage. Thank You!*

***Nolan & Powers***
***Digital Media***
*6688 Nolensville Road*
*Suite 108-152*
*Brentwood, Tennessee 37027*
*(615) 342-9616*
*nolanpowersdigital@gmail.com*

Aron Karabel, Esq.
Waller, Lansden, Dortch & Davis, LLP
511 Union St., Ste. 2700
Nashville, TN 37219

Date of Service: 07JUN16
Nolan & Powers #2831

Video Deposition of: Delano Porchia
Case: Britton v. Parrallon Enterprises, LLC, Formerly known as HSS Systems, LLC
Case No.:3:13-cv-00021

| | |
|---|---|
| First Hour | $150.00 |
| Additional hours (6.5 hrs @ $75 ea.) | $487.50 |
| Invoice total: | $637.50 |

Due upon receipt.

*Nolan & Powers appreciates your patronage. Thank You!*

TEL. NO. 615-298-1992         INVOICE NO. ASW-5482


June 13, 2016              ANNE S. WILSON & ASSOCIATES
                                  P.O. Box 150651
                               Nashville, TN  37215


                           Tax ID. No. 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

Robert E. Boston
Attorney at Law
WALLER LANSDEN DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, TN  37219


IN RE:   DEMETRIUS COLEMAN, PAMELA BROOKS, DELANO
         PORCHIA, CAMILLE BRITTON, AND ADRAM PUCKETT
         VS.
         PARALLON ENTERPRISES, LLC, Formerly Known as
         HSS SYSTEMS, LLC


(The videotaped deposition of Demetrious Alane Coleman
was taken on  October 29, 2014.)


Original of Transcript & Per Diem    ]    $1,690.00
                                     ]
                                     ]
                                     ]
                                     ]
                                     ]
                                     ]
                                     ]
                                     ]
Complimentary Condensed Transcript   ]
                                     ]
                                     ]
                                     ]
Your Amount Due                      ]    $1,690.00


****   REMIT PAYMENT WITH INVOICE NO. ASW-5482   ****

TEL. NO. 615-298-1992          INVOICE NO. ASW-5484


June 16, 2016                   ANNE S. WILSON & ASSOCIATES
                                       P.O. Box 150651
                                    Nashville, TN  37215


                                Tax ID. No. 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


Robert E. Boston
Attorney at Law
WALLER LANSDEN DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, TN  37219



IN RE:  DEMETRIUS COLEMAN, PAMELA BROOKS,
        DELANO PORCHIA, CAMILLE BRITTON, and
        ADRAM PUCKETT
        VS.
        PARALLON ENTERPRISES, LLC, Formerly known as
        HSS SYSTEMS, LLC


(The videotaped deposition of Pamela Brooks was taken
on November 18, 2014.)



Original of Transcript & Per Diem      ]    $1,100.00
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
Complimentary Condensed Transcript     ]
                                       ]
                                       ]
                                       ]
Your Amount Due                        ]    $1,100.00


    ****   REMIT PAYMENT WITH INVOICE NO. ASW-5484   ****

TEL. NO. 615-298-1992          INVOICE NO. ASW-5485


June 23, 2016                  ANNE S. WILSON & ASSOCIATES
                                      P.O. Box 150651
                                   Nashville, TN  37215


                               Tax ID. No. 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


Robert E. Boston
Aron Z. Karabel
Attorneys at Law
WALLER LANSDEN DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, TN  37219



IN RE:  DEMETRIUS COLEMAN, PAMELA BROOKS,
        DELANO PORCHIA, CAMILLE BRITTON, and
        ADRAM PUCKETT
        VS.
        PARALLON ENTERPRISES, LLC, Formerly known as
        HSS SYSTEMS, LLC


(The videotaped deposition of Camille N. Britton was
taken on June 3, 2016.)

Original of Transcript & Per Diem     ]     $1,475.00
                                      ]
                                      ]
                                      ]
                                      ]
                                      ]
                                      ]
                                      ]
Complimentary Condensed Transcript    ]
                                      ]
                                      ]
                                      ]
Your Amount Due                       ]     $1,475.00



****   REMIT PAYMENT WITH INVOICE NO. ASW-5485   ****

TEL. NO. 615-298-1992        INVOICE NO. ASW-5486

June 27, 2016                ANNE S. WILSON & ASSOCIATES
                                    P.O. Box 150651
                                 Nashville, TN  37215

                             Tax ID. No. 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

Robert E. Boston
Aron Z. Karabel
Attorneys at Law
WALLER LANSDEN DORTCH & DAVIS
511 Union Street, Suite 2700
Nashville, TN  37219


IN RE:  DEMETRIUS COLEMAN, PAMELA BROOKS,
        DELANO PORCHIA, CAMILLE BRITTON, and
        ADRAM PUCKETT
        VS.
        PARALLON ENTERPRISES, LLC, Formerly known as
        HSS SYSTEMS, LLC


(The videotaped deposition of Delano Porchia was taken on June 7, 2016.)

Original of Transcript & Per Diem      ]   $1,325.00
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
                                       ]
Complimentary Condensed Transcript     ]
                                       ]
                                       ]
                                       ]
Your Amount Due                        ]   $1,325.00


****  REMIT PAYMENT WITH INVOICE NO. ASW-5486  ****

**Beres & Associates**
Certified Court Reporters
Post Office Box 190461
Nashville, Tennessee 37219-0461
beresandassociates.com



Date 10/25/2016
Invoice # 7522

**Bill To**
Mr. Aron Karabel
Attorney at Law
511 Union Street, Ste. 2700
Nashville, Tennessee 37219

| Description | Amount |
|---|---|
| DEMETRIUS COLEMAN, ETAL. VS. PARALLON ENTERPRISES, LLC - SEPTEMBER 30, 2016 - DEPOSITION OF DENNIS COOK | |
| Copy of Deposition | 627.00 |
| Exhibits and postage | 33.50 |
| COURT REPORTER VALERIE BALLARD | |

Please make check payable to Valerie Ballard. Thank you for your business!

Total $660.50

**Beres & Associates**

1-615-742-2550

**Beres & Associates**
Certified Court Reporters
Post Office Box 190461
Nashville, Tennessee 37219-0461
beresandassociates.com

# Invoice 

Date 11/7/2016
Invoice # 7537

**Bill To**

Mr. Aron Karabel
Attorney at Law
511 Union Street, Ste. 2700
Nashville, Tennessee 37219

| Description | Amount |
|---|---|
| DEMETRIUS COLEMAN, ETAL. VS. PARALLON ENTERPRISES, LLC. - OCTOBER 20, 2016 - DEPOSITION OF SHIRLEY ROBERTS | |
| Original of Deposition and postage | 1,397.00 |
| Exhibits scanned and uploaded | 80.00 |
| COURT REPORTER VALERIE BALLARD | |

Please make check payable to Valerie Ballard. Thank you for your business!

Total $1,477.00

**Beres & Associates**

1-615-742-2550



**STATE OF TENNESSEE**
**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**
**EMPLOYMENT SECURITY DIVISION**
LEGAL OFFICE
220 French Landing Drive 3B
Nashville, TN 37243
(615) 741-3170
(615) 532-7386 FAX

November 12, 2013

Mr. David Bujdos
Waller, Landsen, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

      *Re:*    *Data Request: Demetrius Coleman (Last 4 of SSN #4892)*

Dear Mr. Bujdos:

Our office is in receipt of your request for unemployment record(s) regarding the above-referenced matter.

The charge for providing a copy of the record(s) is **$4.68**.

| Description | Line Total |
|---|---:|
| Labor Charges | |
|     Processing (1.25 hr @ $ 18.73) | 23.41 |
| Sub-total | $23.41 |
| *Less: Discount (Labor Threshold)* | ($18.73) |
| **Invoice Total** | **$4.68** |

Please remit payment via check or money order made payable to *The Department of Labor & Workforce Development* to the mailing address indicated above.



**STATE OF TENNESSEE**
**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**
**EMPLOYMENT SECURITY DIVISION**
**LEGAL OFFICE**
220 French Landing Drive 3B
Nashville, TN 37243
(615) 741-3170
(615) 532-7386 FAX

November 18, 2013

Mr. David Bujdos
Waller, Landsen, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

*Re: Data Request: Pamela Brooks (Last 4 of SSN #2836)*

Dear Mr. Bujdos:

Our office is in receipt of your request for unemployment record(s) regarding the above-referenced matter.

The charge for providing a copy of the record(s) is $7.82.

| Description | Line Total |
|---|---|
| Labor Charges | |
| Microfilm (0.3 hrs @ $10.47 per hour) | $3.14 |
| Processing (1.25 hr @ $ 18.73) | 23.41 |
| Sub-total | $26.55 |
| *Less: Discount (Labor Threshold)* | ($18.73) |
| **Invoice Total** | **$7.82** |

Please remit payment via check or money order made payable to *The Department of Labor & Workforce Development* to the mailing address indicated above.

025512-30869



**STATE OF TENNESSEE**
**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**
**EMPLOYMENT SECURITY DIVISION**
**LEGAL OFFICE**
220 French Landing Drive 3B
Nashville, TN 37243
(615) 741-3170
(615) 532-7386 FAX

November 20, 2013

Mr. David Bujdos
Waller, Landsen, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

    *Re:   Data Request: Delano A. Porchia (Last 4 of SSN #7626)*

Dear Mr. Bujdos:

Our office is in receipt of your request for unemployment record(s) regarding the above-referenced matter.

The charge for providing a copy of the record(s) is $7.82.

| Description | Line Total |
|---|---|
| Labor Charges | |
|     Microfilm (0.3 hrs @ $10.47 per hour) | $3.14 |
|     Processing (1.25 hr @ $ 18.73) | 23.41 |
| Sub-total | $26.55 |
| *Less: Discount (Labor Threshold)* | ($18.73) |
| **Invoice Total** | **$7.82** |

Please remit payment via check or money order made payable to *The Department of Labor & Workforce Development* to the mailing address indicated above.

025512-30869



**STATE OF TENNESSEE**
**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**
**EMPLOYMENT SECURITY DIVISION**
**LEGAL OFFICE**
220 French Landing Drive 3B
Nashville, TN 37243
(615) 741-3170
(615) 532-7386 FAX

November 20, 2013

Mr. David Bujdos
Waller, Landsen, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

    Re: *Data Request: Camille Britton (Last 4 of SSN #7359)*

Dear Mr. Bujdos:

Our office is in receipt of your request for unemployment record(s) regarding the above-referenced matter.

The charge for providing a copy of the record(s) is $11.46.

| Description | Line Total |
|---|---:|
| Labor Charges | |
|     Microfilm (0.2 hrs @ $10.47 per hour) | $2.09 |
|     Processing (1.5 hr @ $ 18.73) | 28.10 |
| Sub-total | $30.19 |
| Less: Discount (Labor Threshold) | ($18.73) |
| **Invoice Total** | **$11.46** |

Please remit payment via check or money order made payable to *The Department of Labor & Workforce Development* to the mailing address indicated above.

025512 -30849



**STATE OF TENNESSEE**
**DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**
**EMPLOYMENT SECURITY DIVISION**
**LEGAL OFFICE**
220 French Landing Drive 3B
Nashville, TN 37243
(615) 741-3170
(615) 532-7386 FAX

November 20, 2013

Mr. David Bujdos
Waller, Landsen, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

  *Re: Data Request: Adram Puckett (Last 4 of SSN #8908)*

Dear Mr. Bujdos:

Our office is in receipt of your request for unemployment record(s) regarding the above-referenced matter.

The charge for providing a copy of the record(s) is $6.77.

| Description | Line Total |
| --- | --- |
| Labor Charges | |
|  Microfilm (0.2 hrs @ $10.47 per hour) | $2.09 |
|  Processing (1.25 hr @ $ 18.73) | 23.41 |
| Sub-total | $25.50 |
| *Less: Discount (Labor Threshold)* | ($18.73) |
| Invoice Total | $6.77 |

Please remit payment via check or money order made payable to *The Department of Labor & Workforce Development* to the mailing address indicated above.

025512 - 30869

MediCopy Services, Inc.
210 12th Avenue South, Suite 201
PO BOX 331413
Nashville TN 37203

 Prepayment Required
Records will be released
once payment is received.



PHONE: 866-587-6274 TAX ID 75-3134811

WALLER LANSDEN DORTCH & DAVIS, LLP
SABRINA BENNETT
511 UNION STREET
SUITE 2700
NASHVILLE TN 37219-6804

Invoice #: 747959
Invoice Date: September 17, 2014
Amount Due: $141.00 USD

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| MAYOMR | MEDICAL RECORDS REQUESTED FROM DR. MAYORQUINN MEDICAL RECORDS FEE | 20.00 | 1 | 20.00 |
| MAYOADD | ADDITIONAL PAGES | 0.50 | 132 | 66.00 |
| ITEMIZED STATEMENT | ITEMIZED STATEMENT / BILLING RECORDS / STATEMENT OF CHARGES | 20.00 | 1 | 20.00 |
| AFFIDAVIT | AFFIDAVIT FOR CERTIFICATION FEE / NOTARY FEE | 25.00 | 1 | 25.00 |
| UPSPP - L | HEALTH INFORMATION WILL BE MAILED ONCE PAYMENT IS RECEIVED. | 10.00 | 1 | 10.00 |

WE ARE COMMITTED TO OUR PATIENTS! RECORDS HAVE BEEN COPIED AND WILL BE RELEASED IMMEDIATELY FOLLOWING PAYMENT. CANCELING THIS REQUEST WILL RESULT IN A CANCELLATION FEE EQUAL TO 50% OF THE ORIGINAL INVOICE TOTAL.

Total: 141.00
Amount Paid: -0.00
Amount Due: $141.00 USD

**Terms**
***DUE ON RECEIPT***
NOTICE: A $5.00 LATE FEE WILL BE ASSESSED TO YOUR INVOICE/ACCOUNT IF PAYMENT IS NOT RECEIVED WITHIN 30 DAYS.

**Notes**
PAMELA BROOKS



Please Pay Online
Enter the code found on the enclosed payment stub for free online processing.
(https://medicopy.freshbooks.com/code)



HealthPort  
P.O. Box 409740  
Atlanta, Georgia 30384-9740  
Fed Tax ID 58 - 2659941  
(770) 754 - 6000

**HealthPort. INVOICE**

Invoice #: 0155680116  
Date: 10/2/2014  
Customer #: 1358816

**Ship to:**  
DAVID BUJDOS  
WALLER LANSDEN DORTCH ET AL  
511 UNION ST  
STE 2700  
NASHVILLE, TN 37219-1791

**Bill to:**  
DAVID BUJDOS  
WALLER LANSDEN DORTCH ET AL  
511 UNION ST  
STE 2700  
NASHVILLE, TN 37219-1791

**Records from:**  
FRIST CLINIC  
2400 PATTERSON ST SUITE 400  
NASHVILLE, TN 37203

025512 —  
30869

Requested By: WALLER LANSDEN DORCTH ET AL  
Patient Name: COLEMAN DEMETRIUS  
DOB: 120162

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.00 | 0.00 |
| Shipping | | | 0.70 |
| Subtotal | | | 20.70 |
| Sales Tax | | | 1.91 |
| Invoice Total | | | 22.61 |
| Balance Due | | | 22.61 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days     Please remit this amount : $ 22.61 (USD)



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort INVOICE

Invoice #: 0156870974
Date: 10/22/2014
Customer #: 1358816

**Ship to:**
ARON Z KARABEL
WALLER LANSDEN DORTCH ET AL
511 UNION ST
STE 2700
NASHVILLE, TN 37219-1791

**Bill to:**
ARON Z KARABEL
WALLER LANSDEN DORTCH ET AL
511 UNION ST
STE 2700
NASHVILLE, TN 37219-1791

**Records from:**
FRIST CLINIC
2400 PATTERSON ST SUITE 400
NASHVILLE, TN 37203

*025512 -*
*30869*

**Requested By:** WALLER LANSDEN DORTCH ET AL  **DOB:** 120162
**Patient Name:** COLEMAN DEMETRIOUS

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 45 | 0.85 | 38.25 |
| Per Page Copy (Paper) 3 | 5 | 0.00 | 0.00 |
| Per Page Copy (Paper) 1 | 63 | 0.60 | 37.80 |
| Shipping | | | 6.15 |
| Subtotal | | | 110.20 |
| Sales Tax | | | 9.27 |
| Certification Fee | | | 10.00 |
| Invoice Total | | | 119.47 |
| Balance Due | | | 119.47 |

Pay your invoice online at www.HealthPortPay.com

**Terms: Net 30 days**          Please remit this amount : $ 119.47 (USD)

Date: NOV 5, 2014

Patient Name: Pamela Brooks

Number of pages: 34

Amount Due: 23 50

Remit to:    Tennessee Women's Care

Location:    _X_ 5653 Frist Blvd Suite 738 Hermitage, TN 37076

             ___ 100 Physician's Way Suite 320 Lebanon, TN 37090

(2)